IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GRACE SMITH, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO-CV-98-L-1105-S |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) |
| Defendant. | ) |

**ENTERED**
FEB 2 6 1999

## MEMORANDUM OPINION

This matter comes before the court on defendant's Motion For Summary Judgment, filed February 4, 1999. Under the terms of the Plan, defendant Sun Life had the authority to request satisfactory proof of plaintiff's disability. Plaintiff failed to complete the most basic of documents, a signed Physician's Statement of Disability, and thus Sun Life's denial of plaintiff's claim for benefits was reasonable. The defendant's motion for summary judgment as to the plaintiff's claims is therefore due to be GRANTED. A separate judgment will be entered.

Done this **26** day of February, 1999.

_____
Senior Judge

13